UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   15 CR 468-06 (VB)
DEREK MOORER,                     :
                      Defendant.  :
--------------------------------------------------------x

**By summons dated May 6, 2020, the Court scheduled an arraignment in this violation of supervised release ("VOSR") matter for June 8, 2020, at 11:30 a.m.** Because of the current public health emergency, the Court will conduct the proceeding by telephone conference call, provided defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. James E. Neuman, Esq., who represented defendant pursuant to the Criminal Justice Act in the underlying criminal proceedings, is re-appointed as defendant's counsel for the purpose of the VOSR. If Mr. Neuman is unable to accept the appointment, he should advise the Court immediately.

2. By June 1, 2020, defense counsel shall advise the Court in writing as to whether defendant waives his right to be physically present and consents to appear by telephone at the proceeding on June 8.

3. At the time of the scheduled proceeding, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:    **(888) 363-4749 (toll free) or (215) 446-3662**
**Access Code:**       **1703567**

Dated: May 13, 2020
       White Plains, NY                    SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge

1