UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,         **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-         15-CR- 0468 (VLB)

DEREK MOORER

Defendant(s).
-----------------------------------------------------------------X

Defendant DEREK MOORER hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X_  Initial Appearance Before a Judicial Officer

_X__  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__  Bail/Detention Hearing

_X__  Conference Before a Judicial Officer

/s/ Derek Moorer by JCM with permission       [signature]
Defendant's Signature      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DEREK MOORER       DANIEL S. PARKER
Print Defendant's Name       Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/5/2020       [signature: Judith C. McCarthy]
Date       U.S. District Judge/U.S. Magistrate Judge