UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

____USA____,
 Plaintiff(s),

v.

____Derek Moorer____,
 Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

15 cr 468-6 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/~~re-scheduled~~ for:

___ Status conference          ___ Final pretrial conference

✓ Telephone conference          ___ Jury selection and trial

___ Pre-motion conference       ___ Bench trial

___ Settlement conference       ___ Suppression hearing

___ Oral argument               ___ Plea hearing

___ Bench ruling on motion      ___ Sentencing

All parties are directed to call 1-888-363-4749, Access Code 1703567, on **11-23-20 at 3:00 p.m.**

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 10-21-, 20 20
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge