UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Derek Moorer,

                Defendant.

---

No. 15CR00468-06(VB)

<u>ORDER</u>

Vincent L. Briccetti, U.S. District Judge:

It is ordered that Mr. Moorer is mandated to enter residential inpatient substance abuse treatment to address his continued substance abuse issues. He has a long history of alcohol abuse and has acknowledged that he is presently unable to maintain sobriety on his own. Due to his current legal status and the dangerous consequences associated with the excessive use of alcohol, it is hereby ordered that he reside, participate and complete the residential substance abuse treatment program at Seafield Center, 7 Seafield Lane, Westhampton Beach, NY 11978 for 28-days. Moorer must report directly to Seafield Services at 110 Main Street, Mineola, NY at 1pm for his intake appointment for Seafield Center.

It is also ordered that on October 23, 2020 before 11:30am, the United States Marshals Service shall release Defendant from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the United States Probation Officer, who will arrange transport to the residential drug treatment facility.

SO ORDERED.

Dated: October 21, 2020
       New York, New York

_____
Vincent L. Briccetti
U.S. District Judge