UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DEREK MOORER,
              Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 468-6 (VB)

      A status conference in this case is scheduled for November 23, 2020, at 3:00 p.m. Although the Court previously scheduled this conference to be held by telephone, because of recent developments in the case, this proceeding will be conducted in person at the Courthouse.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: November 12, 2020
       White Plains, NY

SO ORDERED:

*Vincent L. Briccetti*
Vincent L. Briccetti
United States District Judge