UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DEREK MOORER

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15-CR- 0468 (VLB)

Defendant DEREK MOORER hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference; Guilty Plea and Sentence on VOSR on 1/27/2021

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DEREK MOORER
Print Defendant's Name

_____
Defendant's Counsel's Signature

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge