UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

UNITED STATES OF AMERICA

        -v-                                                 No. 15CR00468-06(VB)

Derek Moorer,     Defendant                          **ORDER**

------------------------------------------------

Vincent L. Briccetti, U.S. District Judge:

It is ordered that Derek Moorer is mandated to enter inpatient substance abuse treatment **to completion**, to address his continued substance abuse issues. He has a long history of alcohol and substance abuse and has acknowledged that he is presently unable to maintain sobriety on his own. Due to his current legal status and the dangerous consequences associated with the excessive use of drugs and alcohol, it is hereby ordered that he reside, participate and complete the residential substance abuse treatment program at Phoenix House located at 34-25 Vernon Blvd., Long Island City, NY 11001

**SO ORDERED.**

Dated: March 10, 2021
       White Plains, New York

_____
Vincent L. Briccetti
U.S. District Judge